AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Juan TAMAYO BELTRAN

Defendant(s)

Case No. 2:21-mj-80

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 02/04/2021 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 | Conspiracy to Distribute and Possess with Intent to Distribute 1,000 Grams or more of Heroin |

This criminal complaint is based on these facts:
See attached Affidavit, which is fully incorporated herein.

☒ Continued on the attached sheet.

*Noah Bookman*
Complainant's signature

DEA Special Agent Noah Bookman
Printed name and title

Sworn to before me and signed in my presence.

Date: 2-4-21

Judge's signature

City and state: Columbus, Ohio

Honorable Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title

Case No. _____

## AFFIDAVIT

I, Noah Bookman, being duly sworn, depose and state the following:

### INTRODUCTION

1. I am a Special Agent of the Drug Enforcement Administration (DEA), assigned to the Detroit Field Division, Columbus District Office (CDO). As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).

2. Prior to being employed by the DEA, I graduated from the Hocking College Ohio Peace Officer Training Academy located in Nelsonville, Ohio, in June 2005. I received approximately 16 weeks of specialized police training including but not limited to search and seizure, investigative techniques, testifying in court, evidence collection, interview and interrogation, and controlled substance identification. I also received an Associate's Degree from Hocking College in Police Science. From April 2005 to January 2007, I was employed by the Hocking County Sheriff's Office, Patrol Bureau. From January 2007 to June 2014, I was employed by the City of Lancaster Police Division, assigned to the Patrol Bureau. From June 2012 to September 2014, I was assigned to the Major Crimes Unit. In September 2014, I was hired by the DEA. In February 2015, I graduated from the DEA Academy and reported directly to the CDO.

3. During the course of my law enforcement career, I participated in numerous investigations involving narcotics trafficking. I received specialized training in narcotics trafficking and money laundering from the DEA and I have been personally involved in investigations concerning the possession, manufacture, transportation, distribution, and importation of controlled substances, as well as methods used to finance drug transactions. I have experience in debriefing defendants and interviewing participating witnesses, cooperating individuals, and other persons who have personal

1

knowledge and experience regarding the amassing, conversion, transportation, distribution, and concealment of records and proceeds of trafficking in controlled substances. As a special agent and a police officer, I participated in the execution of numerous search warrants at the residences and businesses of narcotics traffickers, safe houses, crack houses, and I participated in numerous arrests for drug-related offenses. I have drafted numerous search warrants. As a special agent, I participated in investigations targeting individuals and organizations trafficking heroin, fentanyl, cocaine, cocaine base ("crack"), marijuana, methamphetamine, and other controlled substances, as defined in Title 21, United States Code, Section 801.

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a federal arrest warrant and complaint against Juan TAMAYO BELTRAN. My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigations conducted by other law enforcement officers and investigators concerning the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that Juan TAMAYO BELTRAN has committed a violation of Title 21, United Stated Code, Section 846, conspiracy to distribute and possess with the intent to distribute 1,000 grams or more of heroin.

## SUMMARY OF PROBABLE CAUSE

1. Since December of 2019, the Drug Enforcement Administration (DEA) Columbus District Office, and other law enforcement agencies, have been investigating the heroin trafficking activities of Juan TAMAYO BELTRAN (BELTRAN) heroin Drug Trafficking Organization (DTO) cell operating in Columbus, Ohio area. Your affiant, or other investigators assigned to this case, have interviewed various CS', regarding BELTRAN. The CS' information has been corroborated by your affiant, and or other investigators assigned to this case. This corroboration was achieved through a

combination of a traffic stop, physical surveillance, geo location data, administrative subpoenas and various other sources.

2.   In July 2020, information gained from various sources during the course of the investigation indicated that the BELTRAN supplied approximately 500 grams of heroin to a local DTO operating in the Southern District of Ohio.

3.   In December 2020, investigators conducted a search warrant at 1213 Westdale Drive in Galloway, Ohio and 5478 Westcott Drive in Columbus, Ohio. These search warrants resulted in investigators obtaining multiple CS' who stated the following about BELTRAN:

4.   One of the CS' stated they received approximately 2,000 grams of heroin and approximately 2,000 grams methamphetamine per month for approximately two years, totaling approximately 48,000 grams of heroin and approximately 48,000 grams of methamphetamine from BELTRAN.

5.   One of the CS' stated they were receiving approximately 500 grams of heroin a month for approximately nine months totaling approximately 4,500 grams of heroin from BELTRAN. Upon receiving the heroin the CS was responsible for "cutting" the heroin for the DTO.

6.   On February 4, 2021, investigators arrested BELTRAN and conducted a post Miranda warning interview with BELTRAN. In the interview BELTRAN admitted to selling narcotics, however due to concerns for his safety he would not go into details for how long. BELTRAN further stated approximately three weeks ago he received approximately 280 grams of narcotics from his source of supply, which he concealed in a gray Ford truck at 1959 Harmon Avenue, Columbus, Ohio.

## CONCLUSION

1. Based upon this information, your affiant believes probable cause exists that Juan TAMAYO BELTRAN have violated Title 21, United States Code, 846, conspiracy to possess with intent to distribute over 1,000 grams of heroin.

*Noah Bookman*
Noah Bookman
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 4 day of February 2021.

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge

4